Paula C. Salazar, CA Bar #327349 (*Pro Hac Vice*)
Syreeta Tyrell, AZ Bar #034273 (*Pro Hac Vice*)
Trial Attorneys
U.S. Equal Employment Opportunity Commission
Phoenix District Office
3300 N. Central Ave., Ste. 690
Phoenix, AZ 85012
(602) 661-0021
paula.salazar@eeoc.gov
syreeta.tyrell@eeoc.gov
*Counsel for Plaintiff EEOC*

Eric Heimann
United States Attorney
C. Levi Martin
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82004-0668
(307) 772-2124
christopher.martin@doj.gov
*Associate Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>WALLER'S TRUCKING COMPANY, INC.<br><br>          Defendant. | NO. 24-CV-00197-SWS |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties jointly move for entry of the Consent Decree, filed as Exhibit A to this motion, and for administrative closure, subject to the terms of the Consent Decree. As grounds for this motion, the Parties state as follows:

1. The Consent Decree has been signed by all parties.

2. The Parties believe that all issues in this case are resolved by the Consent Decree, including all the Equal Employment Opportunity Commission's claims for monetary, injunctive, and equitable relief.

3. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable; is not a product of collusion; and does not violate the public interest. The Consent Decree was achieved after arms-length negotiations between the Parties.

4. The Parties have reached agreement on the monetary and non-monetary terms included in the Consent Decree.

5. Each Party shall bear its own attorneys' fees and costs.

6. Upon entry of the Consent Decree as an Order of the Court, the Parties move for the administrative closure of this case pursuant to Federal Rule of Civil Procedure 41(a)(2), including termination with prejudice of all claims and any pending motions, subject to the terms of the Consent Decree, which include this Court retaining jurisdiction during the five-year term of the Consent Decree.

WHEREFORE, the Parties respectfully request that the Court sign and enter the Consent Decree, filed concurrently herewith, and administratively close the present action following entry and subject to the terms of the Consent Decree.

Respectfully submitted this 10th day of January, 2025.

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CROWLEY FLECK PLLP |
|---|---|
| */s/ Paula C. Salazar*<br>Paula C. Salazar<br>Syreeta Tyrell<br>Equal Employment Opportunity Commission<br>Phoenix District Office<br>3300 North Central Avenue, Suite 690<br>Phoenix, AZ 85012<br>paula.salazar@eeoc.gov<br>syreeta.tyrell@eeoc.gov<br><br>*ATTORNEYS FOR PLAINTIFF* | */s/ Timothy M. Stubson*<br>Timothy M. Stubson<br>Crowley Fleck PLLP<br>111 West 2nd Street, Suite 220<br>Casper, WY 82601<br>tstubson@crowleyfleck.com<br><br>*ATTORNEY FOR DEFENDANT* |